HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
PEGGY SASSO, CA BAR #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
JESSE BROOKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:16-cr-0005 LJO |
| Plaintiff, | |
| vs. | **AMENDED** ORDER FOR RELEASE AND TRANSPORTATION TO DELANCEY STREET, LOS ANGELES |
| JESSE BROOKS, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Jesse Brooks (Lerdo Detention Facility Inmate Number SO2159840; Federal ID 75400-097) shall be granted release from custody at the Lerdo Detention Facility on the conditions listed below.  Jesse Brooks shall be released from the Lerdo County Detention Facility on Wednesday, October 12, 2016 at 9:30 a.m. to Vincent Lee, an investigator with the Office of the Federal Defender. Vincent Lee and Shawn McElroy, an investigator from the Office of the Federal Defender, shall then transport Jesse Brooks directly to the Delancey Street program located at 400 N. Vermont Ave., Los Angeles, CA 90004 for a final interview following his provisional acceptance into the program.  If accepted, Jesse Brooks will stay at Delancey Street and abide by all rules of the program.  If not accepted, Mr. Lee will immediately and directly return Jesse Brooks to the Lerdo Detention Facility no later than 9:00 p.m. on October 12, 2016.

Mr. Brooks shall be accompanied at all times by Mr. Lee, including any bathroom breaks. There shall be no stops during transit to and from Delancey Street with the exception of gas stations if necessary. Mr. Brooks' counsel is to notify Pretrial Services the result of Mr. Brooks' interview at Delancey Street, no later than the end of the day on October 12, 2016.

IT IS SO ORDERED.

Dated:  **October 11, 2016**          /s/ Lawrence J. O'Neill
                                                            UNITED STATES CHIEF DISTRICT JUDGE