HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESSE BROOKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-0005 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| JESSE BROOKS, | DATE: March 13, 2017 |
| | TIME: 10:30 a.m. |
| Defendant. | JUDGE: Lawrence J. O'Neill |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Melanie Alsworth, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Jesse Brooks, that the status conference currently set for February 13, 2017 at 8:30 a.m., may be rescheduled to Monday, March 13, 2017 at 10:30 a.m. before the Honorable Lawrence J. O'Neill.

Defense counsel will not have sufficiently new information to justify a court hearing on Monday, February 13, 2017. Defense counsel is diligently working on resolving any outstanding issues and requests additional time to assess the situation. The Government has agreed to the aforementioned continuance.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: February 9, 2017 | By: | */s/ Melanie Alsworth*<br>MELANIE ALSWORTH<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 9, 2017 | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESSE BROOKS |

# O R D E R

**IT IS SO ORDERED.**

DATED: February 9, 2017        /s/ Lawrence J. O'Neill_
                               LAWRENCE J. O'NEILL
                               Chief, United States District Judge

Brooks Stipulation and Order